## UNITED STATES DISTRICT COURT
### District of Connecticut
### U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

**M E M O R A N D U M**

November 16, 2023

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

| | |
|---|---|
| To: | Michael P. Shea<br>Chief United States Magistrate Judge |
| From: | Mark Cimino Jr.<br>United States Probation Officer |
| Subject: | James Bowman<br>**RE: Status Report** |

By way of background, on November 6, 2023, James Bowman appeared before Your Honor for a Revocation Hearing. Mr. Bowman admitted to the violation of Charges No. 4 and 5 in the Amended Report on Violation of Supervised Release, and the Court held sentencing in abeyance until February 29, 2023. Mr. Bowman's conditions of supervised release were modified as follows:

(1) The defendant shall be on home detention, with monitoring technology selected by the probation office. The defendant is restricted to his residence at all times except for drug treatment (Yale program and MAAS program), emergent medical appointments, visits to USPO, appointments with his attorney, and attending Support Court. The defendant shall be required to contribute to the costs of location monitoring, based on his ability to pay as recommended by the Probation Office and approved by the Court.

(2) When a bed at the Drapelick Center is available, the defendant shall reside there for a period of 90 days, subject to change upon a motion to the court. The defendant shall follow the rules and requirements of the halfway house.

On November 7, 2023, this officer submitted a referral packet to the Bureau of Prisons (BOP) requesting a Residential Reentry Center (RRC) placement for Mr. Bowman at the Drapelick Center in Bloomfield, CT. On November 13, 2023, this officer received an official approval from the BOP confirming Mr. Bowman's placement effective November 14, 2023. Subsequently, on November 14, 2023, this officer met with Mr. Bowman at the RRC and reviewed his conditions of supervised release and he verbalized his understanding.

Mr. Bowman has maintained compliance with his home detention and location monitoring conditions. Mr. Bowman has also reengaged with his clinician at MAAS, and been attending Intensive Outpatient treatment, as recommended.

If the Court requires any additional information, I will remain available at Your Honor's convenience.