## UNITED STATES DISTRICT COURT
### District of Connecticut
### U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

# M E M O R A N D U M

April 29, 2024

To: Michael P. Shea
Chief United States Magistrate Judge

From: Mark Cimino Jr.
United States Probation Officer

Subject: James Bowman
**RE: Status Report**

By way of background, on February 29, 2024, Mr. Bowman appeared before the Court for a revocation hearing, at which time Your Honor held sentencing on all conditions in abeyance. Mr. Bowman's conditions of supervised release were modified as follows:

> *If he is not employed full time, Mr. Bowman shall complete 30 hours of community service within a period of 90 days at a rate of at least 10 hours every month. The community service hours must be completed at a program approved in advance by the Probation Office. He must provide written verification of completed community service hours to the probation officer.*

Since appearing before the Court, Mr. Bowman has completed an approximate total of 14 hours community service with CT Harm Reduction, as well as Downtown Evening Soup Kitchen in New Haven, CT.

Mr. Bowman continues to apply and interview for traditional, full-time employment, but has been unsuccessful to date. To his credit, Mr. Bowman attended the Project M.O.R.E. Career and Resources Fair on April 19, 2024, as well as an intake assessment with the State of Connecticut Bureau of Rehabilitation Services (BRS) on April 25, 2024. This officer believes that BRS will provide Mr. Bowman with the necessary structure and oversight for his first gainful employment opportunity as an adult.

Mr. Bowman remains engaged with treatment services at the Yale Forensic Drug Diversion program, as well as an active and engaged participant in the Support Court program in New

Haven, CT. Mr. Bowman missed Support Court sessions on March 7, March 28, and April 4, 2024, due to illness.

Mr. Bowman's Threatening 1st Degree charge remains pending, and he is scheduled to appear in New Haven Superior Court on May 21, 2024. Additionally, Mr. Bowman's Violation of Protection Order charge remains pending, and he is scheduled to appear in Hartford Superior Court on May 15, 2024.